UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARENCE KIRKLAND,

                              Plaintiff,

        -against-                                          25-cv-3812 (LLS)

WESTCHESTER COUNTY DISTRICT                                CIVIL JUDGMENT
ATTORNEYS OFFICE,

                              Defendant.

        For the reasons stated in the April 28, 2026, order, Plaintiff's complaint, filed IFP under

28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

SO ORDERED.


 Dated:    April 30, 2026
           New York, New York


                                        /s/ Louis L. Stanton
                                        _____
                                              Louis L. Stanton
                                        United States District Judge